CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Alvaro Corona-Acosta<br>YOB: 1996; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>18-07401MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 10, 2018, at or near Lukeville in the District of Arizona, **Alvaro Corona-Acosta**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Texas on May 15, 2018 and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Alvaro Corona-Acosta** is a citizen of Mexico. On May 15, 2018, **Alvaro Corona-Acosta** was lawfully denied admission, excluded, deported and removed from the United States through Del Rio, Texas. On August 10, 2018, agents found **Alvaro Corona-Acosta** in the United States at or near Lukeville, Arizona, without the proper immigration documents. **Alvaro Corona-Acosta** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>CMN/drh<br>AUTHORIZED AUSA /s/Carolyn M. Nedder | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] Jacqueline M. Rateau | DATE<br>August 13, 2018 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54