ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
REBECCA J. SABLE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rebecca.sable@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 18-01751-TUC-RCC (DTF) |
| Plaintiff, | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| vs. | |
| Alvaro Corona-Acosta, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby files this sentencing memorandum concurring with Probation's recommendation of a sentence of eight months, followed by a one year term of supervised release. Sentencing is set for December 13, 2018 at 9:50 a.m. before the Honorable Judge Raner C. Collins.

**Presentence Report Calculations**

The presentence report (PSR) identifies a total offense level of 8 and a criminal history category III for the defendant. The government agrees with these calculations. The plea agreement range is 2 to 8 months.

**Sentencing Factors**

The defendant has three prior misdemeanor convictions for Illegal Entry by Alien. PSR ¶¶ 18-20. He was sentenced to 180 days imprisonment on his most recent conviction on November 28, 2017. PSR ¶ 20. He was thereafter deported on May 15, 2018. He was found in the United States in this case on August 10, 2018. PSR ¶ 3. The defendant has five prior deportations. PSR ¶ 26. The defendant's family lives in Mexico. PSR ¶¶ 27-29.

**Recommendation**

The government requests a sentence of eight months, followed by a one year term of supervised release. Such a sentence promotes respect for the law, deters the defendant from committing future crimes and protects the public.

Respectfully submitted this 7th day of December, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Rebecca J. Sable*
REBECCA J. SABLE
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 7th day of December, 2018, to:

Jose H. Robles
Attorney for Defendant

Christina D. Larson
U.S. Probation Officer